FILED

UNSEALED PER ORDER OF COURT 1/17/17

17 JAN 27 PM 5: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JUAN JOSE PEREZ-VARGAS,<br>    aka "El Piolin,"<br><br>            Defendant. | Case No. 17CR0219CAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 952, 960, and 963 – Conspiracy to Import Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including January 2017, within the Southern District of California, the country of Mexico, and elsewhere, defendant JUAN JOSE PEREZ-VARGAS, aka "El Piolin," who will first enter the United States within the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to distribute and cause the distribution of a controlled substance, to wit: 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, and 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, both Schedule II Controlled Substances; and 1 kilogram and more of a mixture and substance

MJS:nlv:Imperial:1/27/17

containing a detectable amount of heroin, and 1000 kilograms and more of marijuana, both Schedule I Controlled Substances; intending, knowing and having reasonable cause to believe that such methamphetamine, cocaine, heroin, and marijuana would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

### Count 2

Beginning at a date unknown to the grand jury and continuing up to and including January 2017, within the Southern District of California, and elsewhere, defendant JUAN JOSE PEREZ-VARGAS, aka "El Piolin," did knowingly and intentionally conspire with other persons, known and unknown to the grand jury, to import a controlled substance, to wit: 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, and 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, both Schedule II Controlled Substances; and 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, and 1000 kilograms and more of marijuana, both Schedule I Controlled Substances; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

### Criminal Forfeiture Allegations

1.    The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.    As a result of the commission of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United

States Code, Sections 853(a)(1) and 853(a)(2), defendant JUAN JOSE PEREZ-VARGAS, aka "El Piolin," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3.   If any of the above referenced forfeitable property, as a result of any act or omission of the defendant:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

      DATED: January 27, 2017.

                        A TRUE BILL:

                        _Maria Ochoa_
                        Foreperson

ALANA ROBINSON
Acting United States Attorney

By: _____
MATTHEW J. SUTTON
Assistant U.S. Attorney